No. 630. UNITED STATES *v.* CAUSBY ET UX. April 1, 1946. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General McGrath* for the United States. *Wm. E. Comer* for respondents.

No. 970. FISHGOLD *v.* SULLIVAN DRYDOCK & REPAIR CORP. ET AL. April 1, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Knowlton Durham* for petitioner.

No. 592. HELWIG *v.* UNITED STATES. See *ante,* p. 770.

No. 786. NATIONAL LABOR RELATIONS BOARD *v.* DONNELLY GARMENT CO. ET AL.; and

No. 787. INTERNATIONAL LADIES' GARMENT WORKERS UNION *v.* DONNELLY GARMENT CO. ET AL. April 22, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General McGrath* for petitioner in No. 786. *Clif Langsdale* and *Clyde Taylor* for petitioner in No. 787. *Robert J. Ingraham* for the Donnelly Garment Co., and *Frank E. Tyler* for the Donnelly Garment Workers' Union, respondents.

No. 812. UNITED STATES *v.* CARMACK. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General McGrath* for the United States. *Homer Hall* and *Robt. D. Abbott* for respondent.